

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLUMBUS CHRIS WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-1170** |
| **STATE OFLOUISIANA, ET AL.** | **SECTION: "C"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion to dismiss his claims against the Terrebonne Parish Consolidated Government, Rec. Doc. 50, is **GRANTED** and that the claims against that defendant are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's motion to voluntarily dismiss his claims against the Terrebonne Parish Sheriff's Office, the State of Louisiana, and the Terrebonne Parish District Attorney's Office, Rec. Doc. 65, be **GRANTED** and that the claims against those defendants be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's motion to amend his complaint to add Sheriff Jerry Larpenter and Governor Kathleen Blanco as defendants, Rec. Doc. 65, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's claims against "Coke Cola of Atlanta, Ga.," and "Coke Cola of Thibodaux" are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

**IT IS FURTHER ORDERED** that plaintiff's motion for partial summary judgment, Rec. Doc. 67, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for the entry of a default and default judgment, Rec. Docs. 75, 82, 83, and 84, are **DENIED**.

New Orleans, Louisiana, this ___27___ day of ___July___, 2005.

_____
UNITED STATES DISTRICT JUDGE